UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 1 4 2025

NATHAN OCHSNER
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO: B-25-MJ-001 |
| VALENTIN VEGA-FLORES | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about November 11, 2024, in the Southern District of Texas and within the jurisdiction of the Court,

**VALENTIN VEGA-FLORES**

Did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with A.D., a Border Patrol Agent, Department of Homeland Security, while he was engaged in his official duties.

In violation of Title 18, United States Code, Section 111(a).

Respectfully Submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
ELENA LLANOS-SALINAS
ASSISTANT UNITED STATES ATTORNEY