ASSIGNED AUSA: Elena Llanos-Salinas

DEFENDANT: Valentin Vega-Flores

CASE# B-25-MJ-001

*Infomation* ~~ELS~~

Recommendation in exchange for Defendant's Plea to Criminal ~~complaint~~ Information, the Government agrees to dismiss Count Three (3) of B-24-673.

## FACT SUMMARY SHEET

On November 11, 2024 Border Patrol responded to a sensor activation near the Rio Grande River. The was located and immediatley defedant Valentin Vega-Flores who immediatley became aggressive and attempted to kick and elbow agents as National Guardmen attempted to place him in handcuffs. Border Patrol agent A.D. was kicked in the abdomen area and received a soft tissue bruise. Defendant Vega-Flores failed to comply as instructed and Border Patrol agent attempted to call for additional units due to defendant Vega-Flores resisting arrest. On the way up the riverbank, dendant Vega-Flores continued kicking thereby opposing, impeding, intimidating, resisting and interfering with Border Patrol officer A.D while he was engaged in his official duties.

In violation of Title 18, United States Code, Section 111(a).

Simple Assault: fined under this title or imprisoned not more than one year
Fine under Title 18: For a Class A misdemeanor that does not result in death, not more than $100,000.

X _Valentin Vega Flores_
Defendant

_[signature]_
Counsel for Defendant

_[signature]_
Assistant United States Attorney