AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

United States Courts
Southern District of Texas
FILED
*February 21, 2025*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States of America )
v. )
)
Valentin Vega-Flores )    Case No. 1:25-mJ-001-01
Defendant )
)

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X Valentin Vega Fiores
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

X Valentin Vega Fiores
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

Elena Llanos-Salinas
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

X Valentin Vega Fiores
*Defendant's signature*

Stuart Diamond
*Printed name of defendant's attorney (if any)*

_____
*Signature of defendant's attorney (if any)*

Date: 2-21-2025

Approved by: Karen Betancourt
*Magistrate Judge's signature*